UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RUTH ANN BARRON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:04-CV-616 |
| ) | (Phillips) |
| DAVID BURL MIZE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A final pretrial conference was held in this case on November 29, 2005. Defendants have moved to exclude testimony from lay witnesses regarding Randall Barron's hearsay description of the manner in which the subject accident occurred, or the mechanism by which he allegedly injured his knee. Plaintiff does not oppose the motion. Accordingly, defendants' first motion in limine [Doc. 14] is hereby **GRANTED.**

    **IT IS SO ORDERED**.

                                       **ENTER:**

                                                s/ Thomas W. Phillips
                                         United States District Judge