UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RUTH ANN BARRON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:04-CV-616 |
| ) | (Phillips) |
| DAVID BURL MIZE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the court on defendants' objection to plaintiff's proposed jury instruction No. 1 [Doc. 21]. Defendants' objection is well-taken. The court finds that plaintiff's proposed instruction is not in accord with established Tennessee law. Accordingly, defendants' objection will be **SUSTAINED.** The court finds Tennessee Pattern Jury Instruction No. 14.14 "Aggravation of Pre-existing Condition" applicable to this case. T.P.I. § 14.14 has been approved by the appellate courts in Tennessee as a correct statement of Tennessee law on this issue. *See Haws v. Bullock,* 592 S.W.2d 588 (Tenn.App. 1979).

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge