# United States District Court

__EASTERN__ DISTRICT OF __TENNESSEE__

RUTH ANN BARRON, Individually and for
the use and benefit of the next of kin of
RANDALL LEE BARRON

**JUDGMENT IN A CIVIL CASE**

V.

DAVID BURLE MIZE and
VANGUARD FURNITURE COMPANY, INC.

CASE NUMBER: 3:04-CV-616

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant David Burle Mize was not negligent. Therefore, the plaintiff,

Ruth Ann Barron, Individually and for the use and benefit of the next of kin of Randal Lee Barron is not entitled to

recover from defendants David Burle Bize and/or Vanguard Furniture Company, Inc., nor costs of this cause.

    December 12, 2005                        Patricia L. McNutt, Clerk
Date

                                                   By      s/ Janet M. Jackson
                                                              Deputy Clerk